UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                  CASE NO. 4:10-CR-63-SPM/WCS-1

**NICHOLAS MCCRAY,**

    **Defendant.**

_____/

**ORDER OF REFERENCE FOR PLEA PROCEEDINGS BEFORE A
UNITED STATES MAGISTRATE JUDGE**

The Court has been informed that the Defendant in the above-styled case wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and N.D. Fla. Loc. R. 72.3, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned criminal case, be referred to the Honorable William C. Sherrill, Jr., United States Magistrate Judge, to conduct all proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the undersigned concerning acceptance or rejection of the guilty plea.

**DONE AND ORDERED** this <u>twenty-sixth</u> day of July, 2010.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Chief United States District Judge