**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                             **CASE NO. 4:10-CR-63-SPM/WCS-1**

**NICHOLAS MCCRAY,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation (doc. 24) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **NICHOLAS MCCRAY**, to Count One of the Information is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>twentieth</u> day of August, 2010.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge